VICTIM

FILED

2026 OCT 28 PM 12: 45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

CR26-05926 TUC-JCH(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Adiran Tawyesva-Ortiz,

Defendant.

**INDICTMENT**

Violations:
18 U.S.C. §§ 2251(a) and (e)
(Attempted Production of Child Pornography)
Count 1

18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement)
Count 2

18 U.S.C. §§ 2252(a)(2) and (b)(1)
(Receipt of Child Pornography)
Count 3

18 U.S.C. §§ 2252A(a)(5)(b) and (b)(2)
(Possession of Child Pornography)
Counts 4-5

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about January 3, 2026, in the District of Arizona, ADIRAN TAWYESVA-ORTIZ, attempted to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped,

and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 2**

On or about January 3, 2026, in the District of Arizona, ADIRAN TAWYESVA-ORTIZ, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Conduct with a Minor, under Arizona State Revised Statute 13-1405.

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT 3**

On or about January 19, 2024, in the District of Arizona, ADIRAN TAWYESVA-ORTIZ, using any means or facility of interstate or foreign commerce, did knowingly receive and attempt to receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct; which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, to wit: ADIRAN TAWYESVA-ORTIZ did knowingly receive a digital video depicting a minor engaged in sexually explicit conduct via a chat application and the Internet.

All in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1).

**COUNT 4**

On or about October 2, 2026, in the District of Arizona, ADIRAN TAWYESVA-ORTIZ, using any means or facility of interstate and foreign commerce, did possess child pornography, that is, visual depictions, the production of which involved the use of minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, that is, ADIRAN TAWYESVA-ORTIZ knowingly possessed an iPhone 15 (S/N: T0JFD6TCJX) which contained child pornography videos, including, but not limited to, the following files:

- "IMG_2569.MP4";
- "IMG_2564.MP4";
- "f52.jpg"; and
- "f50.jpg".

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**COUNT 5**

On or about October 2, 2026, in the District of Arizona, ADIRAN TAWYESVA-ORTIZ, using any means or facility of interstate and foreign commerce, did possess child pornography, that is, visual depictions, the production of which involved the use of minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in

///

interstate and foreign commerce by means of computer, or otherwise, that is, ADIRAN TAWYESVA-ORTIZ knowingly possessed an iPhone 12 (S/N: Ht3JTY8J0DXP) which contained child pornography videos, including, but not limited to, the following files:

- "IMG_0097.JPG";
- "IMG_0108.MOV"; and
- "IMG_0022.MOV".

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: October 28, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/
NATHANIEL J. WALTERS
Assistant U.S. Attorney